UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DINO ANTOLINI,

                                                 **NOTICE OF APPEARANCE**

                      Plaintiff,

                                                 19-CV-6264 (DAB)

        -against-

KENNETH ROSENBLUM, BERNICE ROSENBLUM,
VILLAGE REALTY LLC, JORGE GUZMAN and
LAMANO WEST VILLAGE LLC,

                                  Defendants.

------------------------------------------------------------------------ x

To:    The Clerk of the Court and all Parties of record,

        I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned action as counsel for Defendant VILLAGE REALTY LLC.

Dated:    New York, New York
            July 18, 2019

                                                 RUBIN PATERNITI
                                                 GONZALEZ KAUFMAN LLP
                                                 Attorneys for Defendant VILLAGE REALTY LLC
                                                 555 Fifth Avenue, 6th Floor
                                                 New York, New York 10017
                                                 (212) 646-661-2149
                                                 (212) 646-809-1622
                                                 schnittman@rpgklaw.com


                                     By:        s/
                                                      EVAN SCHNITTMAN


To: All Parties of Record (by ECF)