UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

| | | |
|---|---|---|
| DINO ANTOLINI, | : | 19-CV-6264 (DAB) |
| Plaintiff, | : | |
| - against - | : | **DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |
| KENNETH ROSENBLUM, et al., | : | |
| Defendants. | : | |

------------------------------------------X

**EVAN SCHNITTMAN**, being duly sworn, deposes and states, pursuant 28 U.S.C. § 1746 the following:

1.  I submit this declaration in support of my motion to withdraw as counsel for defendant Village Realty LLC.

2.  I left employment at Rubin Paterniti Gonzalez Kaufman LLP on or about November 27, 2019 and I no longer have any involvement in this action.

3.  Rubin Paterniti Gonzalez Kaufman LLP, through Juan Gonzalez, continues to represent defendant Village Realty LLC.

4.  Accordingly, I request that the Court grant my motion to withdraw as counsel and that my name and email address be removed from the case's official docket.

Dated: New York, New York
December 9, 2019

s/
EVAN SCHNITTMAN