UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DINO ANTOLINI,

                              Plaintiff,           19 Civ. 6264 (LGS)

              -against-                           ORDER

KENNETH ROSENBLUM, et al.,

                             Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference was held on March 5, 2020. As discussed at conference, it is hereby

**ORDERED** that Defendants shall file a consolidated motion to dismiss, for sanctions and to disqualify Plaintiff's counsel, Stuart Finkelstein, according to the following schedule: Defendants shall file their motion by April 2, 2020; Plaintiff shall file any opposition by April 16, 2020; Defendants shall file any reply by April 24, 2020. The parties shall comply with the Court's Individual Rules in filing their motions and supporting papers, including those addressing courtesy copies and page limits. It is further

**ORDERED** that discovery is STAYED pending resolution of the motion. It is further

**ORDERED** that the motions at Dkt. Nos. 25, 36, 39 and 41 are DENIED as moot.

Dated: March 5, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**