UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| DINO ANTOLINI, | Case No.: 1:19-cv-06264 (LGS) |
| Plaintiff, | |
| - against - | **DECLARATION OF ZACHARY R. LANDAU, ESQ., IN SUPPORT OF DEFENDANTS' OMNIBUS MOTION TO COMPEL, DISMISS AND RELATED RELIEF** |
| KENNETH ROSENBLUM, BERNICE ROSENBLUM, VILLAGE REALTY LLC, JORGE GUZMAN and LAMANO WEST VILLAGE LLC, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ZACHARY R. LANDAU, pursuant to 28 USC § 1746, hereby declares under penalty of perjury, as follows:

1. I am a duly admitted attorney-at-law of the State of New York, and admitted pro hac vice to practice before the United States District Court for the Southern District of New York, and a senior associate of The Landau Group, PC law firm, counsel for Defendants Rosenblums, Guzzman and Lamano West Village, LLC, and co-counsel for defendant Village Realty LLC, in the above-captioned action.

2. I submit this Declaration in support of defendant's omnibus motion for various relief as more fully outlined in the notice of motion and memorandum of law that this Declaration accompanies.

3. The following Exhibits are respectfully annexed hereto and made part of and incorporated by reference into the Memorandum of Law that also accompanies this motion:

    **Exhibit A:** A true and complete copy of a criminal complaint entitled <u>United States of America v. Stuart Finkelstein</u>, 19 MAG 10645 (SDNY, dated 11/12/19).

    **Exhibit B:** A true and complete copy of the Appearance Bond issued <u>United States of America v. Stuart Finkelstein</u>, 19 MAG 10645 (U.S.D.C., S.D.N.Y., filed 12/3/19).

    **Exhibit C:** A true and complete copy of the Appearance Bond issued in <u>United States of America v. Stuart Finkelstein</u>, 19-6549-Hunt (U.S.D.C., S.D.FL., filed 11/19/19).

    **Exhibit D:** A true and complete copy of Letter of Juan C. Gonzalez, Esq., dated and

filed 11/27/19, with two exhibits (criminal complaint, and Docket Sheet of Serial ADA filings by Stuart Finkelstein, Esq.).

**Exhibit E:** A true and complete copy of Decision and Order in Matter of Finkelstein, 39 A.D.3d 120 (2d Dep't 2007), disbarring Mr. Finkelstein for 7 years and imposing conditions of disbarment.

**Exhibit F:** Filings in Jose Figueroa v. 153 East 33rd St. Family Limited Partnership, et al., Case No: 1:18-cv-02621 (ER) (KNF), as follows: (i) Order of Judge Edgardo Ramos, filed 2/12/19 (Dkt. 60); (ii) Finkelstein Affirmation Responding to 2/12/19 Order (Dkt. 62); (iii) Order of Judge Edgardo Ramos, dated 2/15/19 and filed 2/19/19 (Dkt. 63); (iv) Finkelstein Affirmation Responding to Order of 2/19/19, filed 3/15/19 (Dkt. 64); and (v) Order of Edgardo Ramos, Referring Finkelstein to Grievance Committee, filed 4/5/19 (Dkt. 65).

Dated: New York, New York
April 1, 2020

Yours, etc.,
THE LANDAU GROUP, PC

By: /s/Zachary R. Landau
ZACHARY R. LANDAU
*Counsel for Defendants Kenneth Rosenblum, Bernice Rosenblum, Village Realty LLC, Jorge Guzman And Lamano West Village LLC,*

2