```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DINO ANTOLINI,                                              :
                                                            :
                              Plaintiff,       :      19 Civ. 6264 (LGS)
                                                            :
              -against-                        :      ORDER
                                                            :
KENNETH ROSENBLUM, et al.,                                  :
                                                            :
                              Defendants.      :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff was ordered to file any opposition to Defendants' consolidated motion to dismiss, for sanctions and to disqualify Plaintiff's counsel by April 16, 2020 (Dkt. No. 48);

WHEREAS, on April 15, 2020, Plaintiff filed a five-page "Attorney's Declaration in Opposition" (Dkt. No. 53).  Nothing more was filed on April 16, 2020;

WHEREAS, pursuant to the Local Civil Rule 7.1 of the United States District Courts for the Southern and Eastern Districts of New York, "all oppositions . . . with respect to motions" must include "[a] memorandum of law, setting forth the cases and other authorities relied upon in support of the motion, and divided, under appropriate headings, into as many parts as there are issues to be determined."  *See* Local Civil Rule 7.1(a)(2) and (b).  The Rule further provides that "an opposing party who seeks relief that goes beyond the denial of the motion" must also include "[a] notice of motion . . . which shall specify the applicable rules or statutes pursuant to which the motion is brought, and shall specify the relief sought by the motion."  *See* Local Civil Rule 7.1(a)(1) and (b).  It is hereby

**ORDERED** that Plaintiff's filing at Dkt. No. 53 is hereby stricken.  By **April 23, 2020**, Plaintiff shall re-file his opposition in compliance with Local Civil Rule 7.1 or seek a waiver of

his obligation to do so.  It is further

      **ORDERED** that Defendants' deadline to file a reply in support of their motions is

extended to **May 1, 2020**.

Dated:  April 17, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**