STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

April 17th 2020

The Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

Re: Antolini v. Rosenblum, et al
Case No.: 19-CV-6264

Dear Judge Schofield,

I represent Plaintiff Dino Antolini in this matter and further to your Order today's date I am requesting an extension of time to refile Plaintiff's opposition papers. My mother-in-law passed away a day ago (corona19) and there are family health issues as well. We have a lot to deal with.

I spoke with Mr. Gonzalez at approximately 5:30 this afternoon and he said he will not agree to it. He states that I was already granted an extension and when I advised I never asked for it, he simply said "just tell the judge I don't consent."

Respectfully,

Stuart H. Finkelstein

To all counsel of record via Pacer