```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DINO ANTOLINI,                                              :
                                                            :
                              Plaintiff,    :    19 Civ. 6264 (LGS)
                                            :
              -against-                     :         ORDER
                                            :
KENNETH ROSENBLUM, et al.,                  :
                                            :
                              Defendants.   :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 5, 2020, the Court issued an Order staying discovery pending resolution of Defendants' consolidated motion to dismiss, for sanctions and to disqualify Plaintiff's counsel. Dkt. No. 48

WHEREAS, on November 12, 2020, the Court issued an Opinion and Order denying Defendants' motion to dismiss, for sanctions and to disqualify. Dkt. No. 66. It is hereby

**ORDERED** that the stay on discovery (Dkt. No. 48) is lifted. It is further

**ORDERED** that, by **November 30, 2020**, the parties shall file a joint proposed Civil Case Management Plan and Scheduling Order in the form available at the Court's website (http://nysd.uscourts.gov/judge/Schofield).

Dated: November 13, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE