UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
DINO ANTOLINI,

               Plaintiff,

   - against -

KENNETH ROSENBLUM, BERNICE
ROSENBLUM, VILLAGE REALTY LLC,
JORGE GUZMAN and LAMANO WEST
VILLAGE LLC,

               Defendants.
---------------------------------------------------X

Case No.: 1:19-cv-06264 (LGS)

**DECLARATION OF JORGE GUZMAN IN SUPPORT OF LANDAU GROUP'S MOTION TO WITHDRAW AS COUNSEL**

I, JORGE GUZMAN, declare the following under penalties of perjury:

1. I am a partner of Lamano West Village, LLC dba Lamano Restaurant.
2. I am a defendant in this matter with Lamano.
3. Lamano restaurant has and remains closed and is unable to pay its bills, and will remain in this position for the foreseeable future.
4. I consent to the withdrawal of the Landau Group, PC as my counsel of record.

Executed on December 21, 2020 in _____, ___ New York.

_/s/ Jorge Guzman_
JORGE GUZMAN