UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DINO ANTOLINI,

Plaintiff,

-against-

KENNETH ROSENBLUM, et al.,

Defendants.

19 Civ. 6264 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 22, 2020, The Landau Group, P.C. (the "Landau Group") filed a motion to withdraw as counsel and to stay all proceedings for a period of forty-five days so that Defendants may seek and retain new counsel (the "Motion"). Dkt. No. 76. The Motion seeks withdrawal on the grounds that Defendants have been unable to pay their legal fees and there are irreconcilable differences between the Landau Group and Defendants. Dkt. No. 76-1.

WHEREAS, the Motion includes the Declaration of Jorge Guzman, a partner of Lamano West Village, LLC d/b/a Lamano Restaurant, who consents to the withdrawal of the Landau Group. Dkt. No. 76-3.

WHEREAS, the Landau Group is not Defendants' only counsel of record. On August 6, 2019, Juan C. Gonzalez of Rubin Paterniti Gonzalez Kaufman LLP, entered a Notice of Appearance on behalf of Defendants. Dkt. No. 20.

WHEREAS, "limited liability companies cannot proceed pro se." *MSC Mediterranean Shipping Co. S.A., v. Airlift Marine Servs. Pvt Ltd., et al.*, No. 18 Civ. 10788, 2020 WL 7496682, at *1 (S.D.N.Y. Dec. 2, 2020). It is hereby

**ORDERED** that by **January 8, 2021**, Mr. Gonzalez shall file a letter apprising the Court as to the status of his representation of Defendants. It is further

**ORDERED** that by **January 5, 2021**, the Landau Group shall serve a copy of the Motion and a copy of this Order on Defendants. It is further

**ORDERED** that by **January 12, 2021**, any Defendants who wish to be heard with respect to the Motion, shall file a responsive letter.

Dated: December 24, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**