UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
: 
DINO ANTOLINI, :
:
                             Plaintiff, :        19 Civ. 6264 (LGS)
:
        -against- :        <u>ORDER</u>
:
KENNETH ROSENBLUM, et al., :
:
                           Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on January 13, 2021, the Court issued an Order granting The Landau Group, P.C.'s motion to withdraw as counsel to Defendants Jorge Guzman and Lamano West Village, and directed Mr. Guzman and Lamano West Village to find any alternative counsel by February 27, 2021.

       WHEREAS, neither Mr. Guzman nor Lamano West Village retained alternative counsel.

       WHEREAS, on March 2, 2021, The Landau Group, P.C. (the "Landau Group") filed a motion to withdraw as counsel to Defendants Bernice and Kenneth Rosenblum and to stay all proceedings for a period of forty-five days so that Defendants may seek and retain new counsel (the "Motion"). Dkt. No. 76. The Motion seeks withdrawal on the grounds that Defendants have not paid their legal fees. Dkt. No. 76-1. It is hereby

       **ORDERED** that, if they wish to be heard with respect to the Motion, Defendants Bernice and Kenneth Rosenblum shall file a responsive letter by **March 11, 2021**. It is further

       **ORDERED** that, by **March 11, 2021**, *pro se* Defendant Mr. Guzman shall file a letter providing his current contact information. In light of the current global health crisis, parties proceeding *pro se* are encouraged to submit all filings by e-mail to Temporary_Pro_Se_Filing@nysd.uscourts.gov. *Pro se* parties also are encouraged to consent to

receive all court documents electronically. A consent to electronic service form is available on the Court's website. *Pro se* parties who are unable to use e-mail may submit documents by regular mail or in person at the drip box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarroppas Street). For more information, including instructions on this new e-mail service for *pro se* parties, please visit the Court's website at nysd.uscourts.gov. It is further

**ORDERED** that, by **March 5, 2021**, the Landau Group shall serve a copy of the Motion and a copy of this Order on Defendants Bernice Rosenblum, Kenneth Rosenblum and Jorge Guzman.

Dated: March 3, 2021
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**