# STUART H. FINKELSTEIN

*Attorney at Law*

338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

April 26th, 2020

The Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

Re: Antolin vs. Rosenblum, et al
Case No.: 1:19-cv-06264-LGS

Dear Judge Schofield,

I represent Plaintiff Dino Antolini and write to the Court for clarification to avoid any possibility of wasting time and resources at the conference scheduled for this coming Wednesday, April 29 ,2021.

Acknowledging my mistake in seeking a clerk's certificate of default and my subsequent application for a final default judgement against defendant Jorge Guzman, Plaintiff seeks to renew his motion to strike [DE 123] as against Mr. Guzman. To remind the Court the action was stayed for 45 days back on January 13, 2021.

Defendant Jorge Guzman was served December 4, 2020 with five separate and distinct requests, 1) Plaintiff's First Request for Production of Documents pursuant to Rule 34 of the Federal Rules of Civil Procedure; 2) Plaintiff's Notice of Service of Fact and Expert Witness Interrogatories; 3) Plaintiff's First Set of Interrogatories and 4) Plaintiff's Request pursuant to Rule 26(a)(2) for Production and 5) Rule 34 for inspection of the subject facility. None have been responded to by Mr. Guzman and the restaurant has been up and running for weeks.

Respectfully, I remain,

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all counsel of record via ECF