```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
DINO ANTOLINI,                                                :
                                                              :
                               Plaintiff,     :      19 Civ. 6264 (LGS)
                                                              :
              -against-                       :      ORDER
                                                              :
KENNETH ROSENBLUM, et al.,                                    :
                                                              :
                               Defendants.    :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS a discovery conference was held on April 29, 2021. For the reasons stated during the conference, it is hereby

**ORDERED** that, by **May 12, 2021**, Plaintiff shall file (1) a proposed order to show cause, (2) supporting attorney affirmation and (3) proposed order of default judgment against Lamano West Village, LLC, pursuant to Attachment A of this Court's Individual Rules. It is further

**ORDERED** that the parties may engage in discovery, but the discovery schedule will be ordered by Magistrate Judge James L. Cott. A referral to Judge Cott will issue separately.

Dated: April 29, 2021  
       New York, New York

                                                **LORNA G. SCHOFIELD**  
                                          **UNITED STATES DISTRICT JUDGE**