

June 3, 2021

**BY ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street, New York, New York 10007

*Re: Dino Antolini v. Kenneth Rosenblum, Bernice Rosenblum, Village Realty LLC, Jorge Guzman, and Lamano West Village LLC, 19-CV-06264 (DAB)*

Dear Judge Schofield,

Pursuant to the Court's Order of May 27, 2021 (ECF Doc 153), the Landau Group, PC, wishes to inform the Court that they have only been retained by Lamano West Village, LLC, and are only representing Lamano West Village, LLC in this action. The Landau Group law firm has not been retained to represent Jorge Guzman in his individual capacity in this action. Further, pursuant to the Court's Order, The Landau Group filed an appearance on behalf of Lamano West Village on May 27, 2021. (See ECF Doc No. 154.)

Thank you.

Respectfully submitted,

**THE LANDAU GROUP, PC**

/s/ Zachary R. Landau

_____
Zachary R. Landau

Cc: Stuart Finkelstein (via ECF)

45 Rockefeller Plaza, Ste. 2000  New York, New York 10111  |  O: 212.537.4025 | F: 646.514.1816
38500 Woodward Ave., Ste. 310 Bloomfield Hills, Michigan 48304  |  O: 248.247.1153 | F: 248.671.0884

www.TheLandauGroup.com

1