

**RUBIN PATERNITI GONZALEZ RIZZO KAUFMAN**

555 Fifth Avenue, 6th Floor | New York, NY 10017
646 809-3370 | 646 809-1622 | rpgrklaw.com

**DAVID LAFARGA** Partner
646 665-7253
lafarga@rpgrklaw.com

June 24, 2021

<u>*Via ECF Only*</u>

Hon. James L. Cott
U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **Antolini v. Rosenblum, et al.**
            **Case #: 1:19-cv-06264-LGS**
            <u>**Response to Court Order Scheduling Settlement Conference**</u>

Dear Judge Cott:

      As you know, our office serves as counsel to defendant Village Realty, LLC in the above-referenced matter. This letter is being submitted in response to the Court's Order Scheduling Settlement Conference.

      On behalf of our client, we are advising the Court that all parties agreed to settle all on June 16, 2021. The parties are currently engaged in finalizing the settlement documents. Accordingly, we respectfully ask that the Court to adjourn the Settlement Conference currently scheduled for July 1, 2021.

      Please do not hesitate to contact us with any questions or concerns.

                                                             Yours,

                                                            David Lafarga, Esq.