# STUART H. FINKELSTEIN

*Attorney at Law*
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

June 24th, 2021

The Honorable James L. Cott
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Antolini vs. Rosenblum, et al
Case No.: 19-cv-06264 LGS

Dear Judge Cott

I represent Plaintiff Dino Antolini in this matter and while there have been settlement negotiations, I ask the Court, respectfully, to grant just a week adjournment of the settlement conference and the subsequent Scheduling Order and Case Management Plan. I ask for short period of time because the negotiations have been going on for quite some time and with no agreement as of today's date.

Attorney Lafarga never contacted me before filing his letter, todays' date.

Thanking you, I remain,

Very truly yours,
Stuart H. Finkelstein

SHF/tc
To all counsel of record via ECF