

June 25, 2021

Via ECF Only
Hon. James L. Cott
U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Antolini v. Rosenblum, et al.
             Case #: 1:19-cv-06264-LGS
             Response to Court Order Scheduling Settlement Conference

Dear Judge Cott:

As you know, our office serves as counsel to defendant Lamano West Village, LLC in the above-referenced matter. This letter is being submitted in response to the Court's Order Scheduling Settlement Conference.

On behalf of our client, we are advising the Court that all parties agreed to settle all claims on June 16, 2021. The parties are currently engaged in finalizing the settlement documents. Accordingly, we respectfully ask that the Court to adjourn the Settlement Conference currently scheduled for July 1, 2021. Please let us know if you still require an Acknowledgement Form to be submitted on behalf of our client Lamano West Village, LLC.

      Please do not hesitate to contact us with any questions or concerns.

Respectfully submitted,

| | |
|---|---|
| **THE LANDAU GROUP, PC** | **JORGE GUZMAN** |
| /s/ Kevin A. Landau | |
| _____ | _____ |
| Kevin A. Landau | Jorge Guzman |
| Zachary R. Landau | *In my individual capacity as* |
| *On behalf of Lamano West Village, LLC only* | *a party defendant* |

45 ROCKEFELLER PLAZA, STE. 2000  NEW YORK, NEW YORK 10111  |  O: 212.537.4025  |  F: 646.514.1816
38500 WOODWARD AVE., STE. 310 BLOOMFIELD HILLS, MICHIGAN 48304  |  O: 248.247.1153  |  F: 248.671.0884

WWW.THELANDAUGROUP.COM

1